IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Thomas Harley,   #162293,               )<br>                                          )<br>              Petitioner,               )<br>                                          )     Civil Action No.: 3:02-1341-TLW<br>vs.                                       )<br>                                          )<br>Charles Condon, Attorney General of the  )<br>State of SC; and State of SC,             )<br>_____)  | |

# ORDER

On November 15, 2007, the petitioner, Thomas Harley ("petitioner"), filed a motion for permission to petition for extraordinary writ. (Doc. #25). The motion was referred to the magistrate judge to whom this case had been assigned. On August 12, 2008, Magistrate Judge Joseph R. McCrorey issued a Report and Recommendation. In the Report, Magistrate Judge McCrorey recommends that the District Court deny the motion and that the petitioner be instructed that if he wishes to file a second habeas action, he should seek authorization from the Fourth Circuit Court of Appeals pursuant to 28 U.S.C. § 2254. (Doc. #27). As noted in the Report, the petitioner's first petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 was dismissed by this Court. (Doc. #15). Objections to the Report were due September 2, 2008. The plaintiff has not filed objections.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v.

1

Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #27) and the motion is denied. If the petitioner wishes to file a second habeas action, then the petitioner should seek authorization from the Fourth Circuit Court of Appeals pursuant to 28 U.S.C. § 2254.

**IT IS SO ORDERED**.

                 S/Terry L. Wooten

                 Terry L. Wooten
                 United States District Judge

September 3, 2008
Florence, South Carolina